UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.W., a Minor, by MIRANDA F. EVANS, his Guardian Ad Litem; and MIRANDA F. EVANS, Individually,<br><br>    Plaintiffs,<br><br>    v.<br><br>PFIZER, INC., et al.,<br><br>    Defendants. | Case No.: 13-cv-00318-YGR<br><br>**ORDER VACATING HEARING SCHEDULED FOR MARCH 19, 2013** |

The Court finds that the Motion to Stay Proceedings and Motion to Remand, which have been noticed for hearing on March 19, 2013, are appropriate for decision without oral argument pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b).  Accordingly, the Court **VACATES** the March 19, 2013 hearing in this matter.

**IT IS SO ORDERED.**

Dated: March 15, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**